**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                  Case No.: 1:25–cr–00318
                                  Honorable Matthew F. Kennelly

Minhaj Feroz Muhammad, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 18, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Minhaj Feroz Muhammad, Sufyan Feroze: In person status and arraignment hearings held on 12/18/2025. The defendants acknowledged receipt of the superseding indictment. Both defendants waive formal reading of the superseding indictment and enter a plea of not guilty. Government counsel provided an update on the status of producing discovery relating to the superseding indictment. Oral argument heard on the government's motion to modify conditions of release. Government's motion to modify conditions of release [75] is granted in part. The defendants' bond conditions are amended to add the following conditions: 1) Location Monitoring under the Stand–Alone Monitoring restriction with GPS, and 2) The defendants shall not visit any international airport for any reason. The defendants shall continue to refrain from any travel outside of the Northern District of Illinois. The Jury trial set for 2/23/2026 is vacated and reset to 9/14/2026 at 9:15 a.m. A joint status report regarding production of discovery by the government is due every two weeks starting on 1/9/2026. The case is set for a telephonic status hearing on 1/14/2026 at 8:40 a.m. The following call–in number will be used for the hearing: 650–479–3207; access code 2305–915–8729. The defendants' appearances are waived for the telephone hearing, but they may call–in if they would like to participate in the hearing. Deadline for filing any motions relating to the superseding indictment is extended to 2/27/2026. Ordered time excluded in the interest of justice through 1/14/2026 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.