**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                    Case No.: 1:25–cr–00318
                                                      Honorable Matthew F. Kennelly

Minhaj Feroz Muhammad, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, December 28, 2025:

        MINUTE entry before the Honorable Matthew F. Kennelly as to Minhaj Feroz
Muhammad, Sufyan Feroze: The government's motions to unseal [77][78] are granted.
The Clerk is directed to unseal docket entries [56] and [67]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.