UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 25 CR 318 |
| MINHAJ FEROZ MUHAMMAD and SUFYAN FEROZE, | Judge Matthew F. Kennelly |
| Defendants. | |

## <u>JOINT MOTION FOR EARLY RETURN OF TRIAL SUBPOENAS</u>

The United States of America, by LORINDA LARYEA, Chief of the Fraud Section, Criminal Division, United States Department of Justice, and defendants Minhaj Muhammad and Sufyan Feroze, by their counsel, respectfully move this Court for permission to issue early return trial subpoenas. In support of this motion, the parties state as follows:

1.      Defendants are charged with six counts of health care fraud, in violation of 18 U.S.C. §1347, and one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(c). Additionally, defendant Feroze has been charged with one count of money laundering, in violation of 18 U.S.C. §1957.

2.      The parties most recently appeared for a status hearing on January 14, 2026. Dkt. 81. The parties have filed and will continue to file discovery status reports as ordered by the Court. *See, e.g.*, Dkt. 80.

3.      The parties request that this Court order the early return of trial subpoenas to all parties under Federal Rule of Criminal Procedure 17(c)(1).

1

4.     The parties further ask this Court require each party that receives items designated in a trial subpoena to notify the other party of the receipt of such items promptly and to make those items reasonably available to the other party for inspection or copying.

WHEREFORE, the parties respectfully request that this Court grant this motion and enter an order authorizing the early return of trial subpoenas.

Respectfully Submitted,

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

COUNSEL FOR MINHAJ MUHAMMAD

*/s/ Kelly M. Warner*
KELLY M. WARNER
Trial Attorney
U.S. Department of Justice
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
kelly.warner@usdoj.gov

*/s/ Michael C. Rosenblat (with consent)*
MICHAEL C. ROSENBLAT
Michael C. Rosenblat, P.C.
707 Skokie Blvd.
Suite #600A
Northbrook, Illinois 60062
mike@rosenblatlaw.com

COUNSEL FOR SUFYAN FEROZE

MARK R.CHILSON
Chilson Law Office LLC
2300 Far Hills Avenue
Dayton, Ohio 45419
mchilson@chilsonlaw.com

*/s/ Richard Blake (with consent)*
RICHARD BLAKE
McDonald Hopkins
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
rblake@mcdonaldhopkins.com

Dated: January 23, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties.

/s/ Kelly M. Warner
KELLY M. WARNER
Trial Attorney

3