## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Minhaj Feroz Muhammad, et al.

                    Defendant.

Case No.: 1:25–cr–00318
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 26, 2026:

     MINUTE entry before the Honorable Matthew F. Kennelly as to Minhaj Feroz Muhammad, Sufyan Feroze: The Court has reviewed the joint status report. The joint motion for early return of subpoenas for records is granted [82]. All parties are given leave to serve subpoenas for records with an early return date. Any materials received pursuant to an early return subpoena must be promptly produced to all other parties. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.