# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.
                                        Case No.: 1:25–cr–00318

                                        Honorable Matthew F. Kennelly

Minhaj Feroz Muhammad, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Minhaj Feroz Muhammad, Sufyan Feroze: At the Court's instance, the telephonic status hearing set for 7/27/2026 is vacated. The case remains set for an in–person arraignment hearing on 7/23/2026 [128]. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.